IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

DARREL HORRY,                          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )          CV 624-062
                                       )
SUPERINTENDENT LEE CLARK,              )
Smith Transitional Center,             )
                                       )
            Defendant.                 )

--------

**O R D E R**

--------

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10.) The Magistrate Judge recommended dismissing the case without prejudice because Plaintiff failed to truthfully disclose his prior filing history and failed to state a claim upon which relief may be granted. (See doc. no. 8.)  In his objections, Plaintiff concedes he filed the two undisclosed cases identified by the Magistrate Judge but argues he was not required to disclose them. (Doc. no. 10, p. 1.)  Plaintiff also challenges the analysis that the complaint fails to state a claim for relief.  (Id. at 1-3.)  Nothing in the objections changes the conclusion the case is due to be dismissed without prejudice.

As to Plaintiff's prior filing history, the complaint form requires disclosure of prior lawsuits "relating to the conditions of your imprisonment." (Doc. no. 1, p. 9.) Plaintiff listed only one case out of the Middle District of Georgia, (id. at 10), despite having filed the two

cases identified by the Magistrate Judge in the Southern District, (doc. no. 8, p. 4). Plaintiff argues he was not required to disclose the two prior cases because the "basis" of his complaint in Horry v. Kemp, 1:23-cv-0064, was his "right to travel," and the "basis" of his complaint in Horry v. United States, 1:23-cv-0073, was unspecified due process violations.[1] (Doc. no. 10, p. 1.) The Court disagrees.

The plain language of the form requires disclosure of prior case "related to," not merely based on, conditions of Plaintiff's imprisonment. (Doc. no. 1, p. 9.) There is no dispute Plaintiff was incarcerated at the time he filed both lawsuits and was complaining about his presence in jail and alleged mistreatment related to that imprisonment that was purportedly causing him harm at the time he filed his complaints. The cases should have been disclosed.

Moreover, even if the Court assumes for the sake of argument Plaintiff was not required to disclose the two cases identified by the Magistrate Judge, there is a second basis for dismissal – failure to state a claim. Plaintiff's objections related to his failure to state a claim against Defendant Clark, Superintendent of Smith Transitional Center and only named Defendant, are without merit. For the reasons explained by the Magistrate Judge, Plaintiff has not alleged the requisite elements for a viable denial of access to the courts or improper transfer claim. (Doc. no. 8, pp. 7-11.) To the extent Plaintiff believes he has a viable claim based on his current circumstances at Wheeler Correctional Facility, nothing in this Order prevents him,

---

[1] The scrivener's error in the case numbers in the Report and Recommendation and the objections – they should be 1:23-cv-0064 and 1:23-cv-0073 – does not change the result, as the dispute is not whether the cases belong to Plaintiff but whether they relate to Plaintiff's "conditions of imprisonment."

if he so chooses, from filing a new lawsuit against those responsible for the conditions under which he is housed, subject to the standard requirements imposed on any prisoner plaintiff.

In sum, the Court **OVERRULES** all objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____8th_____ day of January, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA